THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CEDENO, Appellant. [26 NYS3d 855]—Judgment, Supreme Court, Bronx County (Colleen Duffy, J.), rendered January 11, 2012, convicting defendant, after a nonjury trial, of attempted criminal mischief in the fourth degree, and sentencing him to a conditional discharge for a period of one year with $235 in restitution, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its resolution of inconsistencies. Concur—Tom, J.P., Friedman, Saxe and Richter, JJ.